Matthew Jefferson, Esq., (Bar No. 033116)
SCHILL LAW GROUP, PLLC
8700 East Via De Ventura, Suite 210
Scottsdale, Arizona 85258
Phone: (480) 525-8900
Fax:    (480) 522-1966
E-Mail: mjefferson@schilllaw.com
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Alec Diaz,<br><br>    Defendant. | No.  22-CR-00209-MTL<br><br>**SENTENCING MEMORANDUM**<br><br>(Date:  November 1, 2022) |

COMES NOW, counsel for Defendant, Alec Diaz, and states the following. Defense Counsel has reviewed the Government's Sentencing Memorandum, and fully agrees. While the memo largely reflects the postures taken in court, it also contains the specifics of the variance requested and the basis for the Court taking such an action. One major point that the defense wants to make sure that everyone is on the same page about is Mr. Diaz's conduct with his family. He resides with and cares for his elderly grandfather. He has an 18-month-old son and provides financial support to the child and his soon to be wife. While family dynamics are always complicated and individualized defense counsel firmly believes that he is a critical part of these people's lives and is providing not just material support but emotional as well. In our case we are jointly asking the Court to institute a variance that would allow for Mr. Diaz to avoid imprisonment and be sentenced to a combination of home

1

detention and probation. *U.S. v. Leon*, 341 F.3d 928 (9th Cir. 2003) discusses a very similar situation where the critical support role the defendant had with his family permitted the Court to do a downward departure and sentence the defendant to home detention and probation instead of prison. This resolution is all the more appropriate where the Defendant in our case has additional rationales and reasons for such a resolution, as outlined in the Government's Memorandum. Defense counsel respectfully requests that this Court resolve the case in accordance with the Government's Memorandum that accurately outlines the collective request of the parties.

**RESPECTFULLY SUBMITTED,** this 1st day November, 2022.

SCHILL LAW GROUP PLLC

By: _/s/ Matthew Jefferson_
      Matthew Jefferson, 033116
      *Attorney for Defendant*

ORIGINAL of the foregoing transmitted
e-filed this 1st day November, 2022

Electronic Copies Sent:

Honorable Michael T. Liburdi
United States Magistrate Court:
liburdi_chambers@azd.uscourts.gov

Brett Day
Assistant United States Attorney
brett.day@usdoj.gov

2

By:_____/s/ Stacey Robertson_____